# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>**DONALD DEAN VON LIENEN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:    **CR 99-2004-1**<br>USM Number:    **08044-029**<br><br>**Casey Jones**<br>Defendant's Attorney |

## THE DEFENDANT:

■ admitted guilt to violation of condition(s)  Spec. Cond. #2 & Spec. Cond.  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | New Law Violation | 07/15/2006 |
| Special Condition #2 | Use of Alcohol | 07/15/2006 |
| Special Condition | Failure to Comply with Alcohol Monitoring (VICAP) | 07/19/2006 |

    The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant has not violated condition(s)  Mandatory Cond.  and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**August 11, 2006**
Date of Imposition of Judgment

Signature of Judge

**Linda R. Reade, U.S. District Court Judge**
Name and Title of Judge

_August 15, 2006_
Date

The above is a true copy.
ATTEST: Pridgen J. Watkins, Clerk
By: _____

DEFENDANT:       **DONALD DEAN VON LIENEN**
CASE NUMBER:     **CR 99-2004-1**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : __**12 months.**__

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____*10-4-06*_____ to _____*USP THP*_____

at *Terre Haute, IN* _____ with a certified copy of this judgment.

*R V Veach, Warden*
~~UNITED STATES MARSHAL~~

By _____*Mhill LIE*_____
~~DEPUTY UNITED STATES MARSHAL~~

I hereby certify and return that
I have executed this writ in whole
of part by conveying the within
stated inmate:

from _USMS  N/IA_

on _09-27-06_

to _JPATS  Rock MN_

on _9-27-06_

_T Junken_
**United States Marshal**

_N_ District of _MN_

by _R Clc_
**Title Dus**

---

I hereby certify and return that
I have executed this writ in whole
of part by conveying the within
stated inmate:

from _____

on _____

to _____

on _____

_____
**United States Marshal**

_____ District of _____

by _____
**Title**